MURRAY A. FRANK, Appellant, v. JOSEPH G. PAPA, as President of Commission Drivers and Chauffeurs Union, Local 202, of the International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, Respondent.— In an action to recover damages for the breach of an alleged written contract of employment, order denying plaintiff's motion to strike out as insufficient in law the third and fourth defenses in the answer, modified on the law by striking out the first decretal paragraph thereof and substituting therefor the following: " Ordered, that the motion be and the same hereby is granted to the extent that the third defense contained in paragraphs numbered ' 9 ' to ' 13,' inclusive, of the answer, and the fifth defense in the paragraph secondly numbered ' 14 ' of the answer, are struck out." As so modified, the order, in so far as appealed from, is affirmed, without costs. The plea of justification alleged in the third defense for the termination of the alleged " oral understanding " as a bar to the cause of action pleaded does not avoid plaintiff's right to recover, since plaintiff's claim is predicated upon a written contract of employment and the breach thereof by defendant. Therefore, it was error not to strike out the third defense. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

SAMUEL HALPER, as Stockholder of CATON DEVELOPMENT CORPORATION, Suing on His Own Behalf and on Behalf of All Other Stockholders Similarly Situated, Respondent, v. CATON DEVELOPMENT CORPORATION and Others, Defendants, and MORRIS ROSENBLITT, Appellant. (Appeal No. 1.) — In a stockholder's action, order granting plaintiff's motion for examination before trial of appellant as an adverse party affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

SAMUEL HALPER, as Stockholder of CATON DEVELOPMENT CORPORATION, Suing on His Own Behalf and on Behalf of All Other Stockholders Similarly Situated, Appellant, Respondent, v. CATON DEVELOPMENT CORPORATION and Others, Defendants, and MORRIS ROSENBLITT, Respondent, Appellant. (Appeal No. 2.) In a stockholder's action, plaintiff and appellant Rosenblitt cross-appeal from an order granting in part and denying in part the motion of said appellant for examination before trial of the plaintiff as an adverse party, and of one Harris Pecker as a witness. Order modified on the facts by striking out the first ordering paragraph and providing in lieu thereof as follows: " Ordered, that this motion be and the same is hereby granted as to all of the items set forth in the notice of motion, and it is further." As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant Rosenblitt. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

EDWARD P. HOLLAND, Respondent, v. PAUL A. BANKSON, as City Manager of the City of New Rochelle and Acting Director of the Department of Public Safety, and Others, Appellants.— Proceeding under article 78 of the Civil Practice Act to compel appellants to make certain changes in the tours of duty and hours off duty of the officers and firemen of the New Rochelle fire department, pursuant to chapter 626 of the Laws of 1941. Order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty. Carswell, Adel and Taylor, JJ. [178 Misc. 810.]